Date: 08/17/10       **DIVIDENDS REMITTED TO THE COURT**     R# 150801    Page: 1
Check Number 108 Dated 08/17/10
Case Number 09-21835 - KEMP, NICHELE L.    Ck# 108

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **The Illuminating Company - CEI**<br>**Bankruptcy Dept**<br>**6896 Miller Rd Rm 204**<br>**Brecksville, OH 44141**<br>   110069033014 | 000006 | 47.99 | 1.50 |
| ---------- Remittance Total -------------- | | 47.99 | 1.50 |

DAVIS, STEVEN S., Trustee

FILED 2010 AUG 19 PM 3:27 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND